IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS WATKINS,<br><br>Defendant. | **8:25CR69**<br><br><br>**ORDER** |

Before the Court is non-party Brandi Snoddy's Request for Transcript (Filing No. 41) of the sentencing hearing held August 7, 2025.

IT IS ORDERED:

1.   The Request for Transcript (Filing No. 41) is granted.

2.   Brandi Snoddy must contact court reporter Sue DeVetter at suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript.   Brandi Snoddy will be responsible for that transcript cost.

3.   The Clerk's Office is directed to mail a copy of this order to Brandi Snoddy at 10309 N St., Omaha, Nebraska 68127.

4.   The Clerk's Office is directed to email copies of the Request for Transcript and this Order to Sue DeVetter.

Dated this 29th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge